## D. L. Tarjan, Appellee, v. William C. Regelin, Appellant.

### Gen. No. 21,390. (Not to be reported in full.)

Appeal from the County Court of Cook county; the Hon. J. J. COOKE, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1915. Affirmed. Opinion filed December 27, 1916. Rehearing denied January 8, 1917.

### Statement of the Case.

Action by D. L. Tarjan, plaintiff, against William C. Regelin, defendant, to recover for services in soliciting subscriptions to the capital stock of a bank and for services in placing a loan. From a judgment for plaintiff, defendant appeals.

JOHN J. SONSTEBY, for appellant.

ALPHONSE LEFKOW and IRENE M. LEFKOW, for appellee.

MR. JUSTICE GOODWIN delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

APPEAL AND ERROR, § 1414*—*when judgment not disturbed as unsupported by evidence.* A judgment of the court on trial without a jury will not be disturbed as unsupported by the evidence where the evidence is conflicting and the judgment is not contrary to the manifest weight of the evidence.